**Motion Granted; Abatement Order filed January 5, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-00905-CV
_____

**DIANA G. OFFORD, Appellant**

**V.**

**JUDGE BRADY ELLIOT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY,**
**Appellee**

On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 10-DCV-185448A

## A B A T E M E N T   O R D E R

This is an appeal from a judgment signed July 18, 2011. According to a motion filed by appellant's attorney, appellant died intestate October 7, 2011. Pursuant to Texas Rule of Appellate Procedure 7.1(a), the appeal may continue. Appellant filed a motion seeking a 30-day abatement to determine the appointment of a representative to be substituted to prosecute this appeal. Appellant's motion is granted.

Accordingly, we order the case abated and remanded to the trial court for a period of

thirty days so that the trial court may appoint a representative to prosecute this appeal. A supplemental clerk's record containing the trial court's order shall be filed with the clerk of this court on or before **February 6, 2012.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

It is so ORDERED.

PER CURIAM